IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TALESHA JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv283-MHT |
| | ) | (WO) |
| ALFA MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the motion for summary judgment (Doc. 30) is granted in part and denied in part, as follows:

(1) The motion is granted as to plaintiff Talesha Jordan's claim for race discrimination under 42 U.S.C. § 1981.

(2) The motion is denied as to plaintiff Jordan's claim for retaliation under 42 U.S.C. § 1981 and Title VII.

An opinion will follow tomorrow, if not later today.

Nevertheless, because trial briefs are due tomorrow and the trial is set in less than three weeks, the court believes the parties should have more time to prepare. Accordingly, it is ORDERED that the unopposed motion to continue trial (Doc. 67) is granted, and the trial, currently set for February 3, 2025, is continued to the term of court beginning on April 14, 2025, at 10:00 a.m., with all attendant unexpired deadlines continued accordingly.

DONE, this the 16th day of January, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2